**Moses MOORE, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40197.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied
Jan. 17, 1989.

Moses Moore, Jr., Moberly, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgement affirmed. Rule 84.16(b)